**STATE CONTRACTING & ENGINEERING CORPORATION,**
Plaintiffs–Appellees,

v.

**CONDOTTE AMERICA, INC. (formerly known as Recchi America, Inc.), the Murphy Construction Company, the Hardaway Company, Hubbard Construction Company, Balfour Beatty Construction, Inc., Community As-**

phalt Corporation, and Hanson Pipe & Products Southeast, Inc. (formerly known as Joelson Concrete Pipe Company, Inc.), Defendants,

v.

**Richard S. Ross, Esq., Movant–Appellant.**

No. 2007–1275.

United States Court of Appeals, Federal Circuit.

May 8, 2007.

Richard S. Ross, pro se.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).